Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−13443−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Vincent Russo
   175 Rochell Ave.
   Rochelle Park, NJ 07662

Social Security No.:
   xxx−xx−4018

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 8/19/20 at 10:00 AM

to consider and act upon the following:

*51* − Motion for Relief from Stay re: 2017 Jeep Grand Cherokee. Fee Amount $ 181., Motion for Relief from Co−Debtor Stay of Lizette Lamboy Filed by John R. Morton Jr. on behalf of Santander Consumer USA Inc., d/b/a Chrysler Capital as servicer for CCAP Auto Lease Ltd.. Hearing scheduled for 8/11/2020 at 10:00 AM at RG − Courtroom 3E, Newark. (Attachments: # 1 Proposed Order # 2 Certification # 3 Certificate of Service # 4 Statement as to Why No Brief is Necessary) (Morton, John)INCORRECT HEARING DATE SET Modified on 7/21/2020 (car).

Dated: 7/21/20

Jeanne Naughton
Clerk, U.S. Bankruptcy Court