Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                                Case No.: 18−13443−RG
                                Chapter:  13
                                Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Vincent Russo
    175 Rochell Ave.
    Rochelle Park, NJ 07662

Social Security No.:
    xxx−xx−4018

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 8/19/20 at 10:00 AM

to consider and act upon the following:

*51* − Motion for Relief from Stay re: 2017 Jeep Grand Cherokee. Fee Amount $ 181., Motion for Relief from Co−Debtor Stay of Lizette Lamboy Filed by John R. Morton Jr. on behalf of Santander Consumer USA Inc., d/b/a Chrysler Capital as servicer for CCAP Auto Lease Ltd.. Hearing scheduled for 8/11/2020 at 10:00 AM at RG − Courtroom 3E, Newark. (Attachments: # 1 Proposed Order # 2 Certification # 3 Certificate of Service # 4 Statement as to Why No Brief is Necessary) (Morton, John)INCORRECT HEARING DATE SET Modified on 7/21/2020 (car).

Dated: 7/21/20

                                                        Jeanne Naughton
                                                        Clerk, U.S. Bankruptcy Court

```
                         United States Bankruptcy Court
                              District of New Jersey
```

In re:                                                              Case No. 18-13443-RG
Vincent Russo                                                       Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2           User: admin                 Page 1 of 1              Date Rcvd: Jul 21, 2020
                               Form ID: ntchrgbk           Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 23, 2020.
```
db             +Vincent Russo,    175 Rochell Ave.,    Rochelle Park, NJ 07662-4107
cr             +Citibank, N.A., as Trustee for Federal Deposit Ins,    Robertson, Anschutz & Schneid, P.L.,
                 6409 Congress Avenue, Ste 100,    Boca Raton, FL 33487-2853
cr             +Oliphant USA, LLC,    Bass & Associates, PC,    3936 E. Ft. Lowell Rd.,    Ste. 200,
                 Tucson, AZ 85712-1083
cr             +Partners for Payment Relief DE IV, LLC,    200 Berwyn Park, Ste 210, 920 Cassat Rd,
                 Berwyn, PA 19312-1178
cr             +Santander Consumer USA Inc., d/b/a Chrysler Capita,    P.O. Box 961275,
                 Fort Worth, TX 76161-0275
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jul 21 2020 23:07:52
                 BMW Financial Services NA, LLC Department,    AIS Portfolio Services, LP,
                 4515 N.Santa Fe Avenue,    Dept APS,    Oklahoma, OK 73118-7901
cr             +E-mail/PDF: gecsedi@recoverycorp.com Jul 21 2020 23:07:50
                 Synchrony Bank c/o PRA Receivables Management, LLC,    PO BOX 41021,    Norfolk, VA 23541-1021
                                                                                               TOTAL: 2
```

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 23, 2020                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 21, 2020 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Elizabeth L. Wassall    on behalf of Creditor    Citibank, N.A., as Trustee for Federal Deposit
               Insurance Corporation 2010-R1 Trust ewassall@logs.com,   njbankruptcynotifications@logs.com
              Farha Ahmed    on behalf of Creditor    Partners for Payment Relief DE IV, LLC
               farha@dwaldmanlaw.com
              John R. Morton, Jr.    on behalf of Creditor    Santander Consumer USA Inc., d/b/a Chrysler Capital
               as servicer for CCAP Auto Lease Ltd. ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com
              Laura M. Egerman    on behalf of Creditor    Citibank, N.A., as Trustee for Federal Deposit
               Insurance Corporation 2010-R1 Trust bkyecf@rasflaw.com,   bkyecf@rasflaw.com;legerman@rasnj.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Steven J. Abelson    on behalf of Debtor Vincent  Russo sjaesq@atrbklaw.com,
               atrbk1@gmail.com;r49787@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 8
```