Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−13443−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Vincent Russo
   175 Rochell Ave.
   Rochelle Park, NJ 07662

Social Security No.:
   xxx−xx−4018

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

　　Please be advised that on August 27, 2020, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 54 − 51
Order Granting Motion For Relief From Stay re: 2017 Jeep Grand Cherokee (Related Doc # 51). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice., Granting Motion For Relief From Co−Debtor Stay of Lizette Lamboy (Related Doc # 51). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 8/25/2020. (car)

　　Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: August 27, 2020
JAN: car

Jeanne Naughton
Clerk

```
                           United States Bankruptcy Court
                                 District of New Jersey
In re:                                                                  Case No. 18-13443-RG
Vincent Russo                                                           Chapter 13
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-2           User: admin                  Page 1 of 1                  Date Rcvd: Aug 27, 2020
                               Form ID: orderntc            Total Noticed: 7


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 29, 2020.
db             +Vincent Russo,    175 Rochell Ave.,    Rochelle Park, NJ 07662-4107
cr             +Citibank, N.A., as Trustee for Federal Deposit Ins,     Robertson, Anschutz & Schneid, P.L.,
                 6409 Congress Avenue, Ste 100,    Boca Raton, FL 33487-2853
cr             +Oliphant USA, LLC,    Bass & Associates, PC,    3936 E. Ft. Lowell Rd.,    Ste. 200,
                 Tucson, AZ 85712-1083
cr             +Partners for Payment Relief DE IV, LLC,     200 Berwyn Park, Ste 210, 920 Cassat Rd,
                 Berwyn, PA 19312-1178
cr             +Santander Consumer USA Inc., d/b/a Chrysler Capita,     P.O. Box 961275,
                 Fort Worth, TX 76161-0275

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Aug 28 2020 00:15:00
                 BMW Financial Services NA, LLC Department,    AIS Portfolio Services, LP,
                 4515 N.Santa Fe Avenue,    Dept APS,   Oklahoma, OK 73118-7901
cr             +E-mail/PDF: gecsedi@recoverycorp.com Aug 28 2020 00:14:45
                 Synchrony Bank c/o PRA Receivables Management, LLC,     PO BOX 41021,    Norfolk, VA 23541-1021
                                                                                                TOTAL: 2

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 29, 2020                                      Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 27, 2020 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Elizabeth L. Wassall    on behalf of Creditor    Citibank, N.A., as Trustee for Federal Deposit
               Insurance Corporation 2010-R1 Trust ewassall@logs.com,   njbankruptcynotifications@logs.com
              Farha Ahmed    on behalf of Creditor    Partners for Payment Relief DE IV, LLC
               farha@dwaldmanlaw.com
              John R. Morton, Jr.    on behalf of Creditor    Santander Consumer USA Inc., d/b/a Chrysler Capital
               as servicer for CCAP Auto Lease Ltd. ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com
              Laura M. Egerman    on behalf of Creditor    Citibank, N.A., as Trustee for Federal Deposit
               Insurance Corporation 2010-R1 Trust bkyecf@rasflaw.com,   bkyecf@rasflaw.com;legerman@rasnj.com
              Marie-Ann Greenberg     magecf@magtrustee.com
              Steven J. Abelson    on behalf of Debtor Vincent  Russo sjaesq@atrbklaw.com,
               atrbk1@gmail.com;r49787@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 8
```