UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
51461
MORTON & CRAIG, LLC
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
(856)866-0100
Attorney for Santander Consumer USA Inc. dba Chrysler Capital as servicer for CCAP Auto Lease Ltd.
JM-5630

In Re:
VINCENT RUSSO

Order Filed on August 25, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 18-13443 (RG)

Adv. No.:

Hearing Date: 8-19-2020

Judge: Hon. Rosemary Gambardella

## ORDER VACATING AUTOMATIC STAY AND CO-DEBTOR STAY

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: August 25, 2020**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

**(Page 2)**
Debtor:   Vincent Russo / 51461
Case No:   18-13443 (RG)
Order Vacating Automatic Stay and Co-Debtor Stay

Upon consideration of the motion of **Santander Consumer USA Inc. dba Chrysler Capital as servicer for CCAP Auto Lease Ltd.** for an order for relief from the automatic stay and co-debtor stay, and good cause appearing therefore, it is hereby

**ORDERED** that the automatic stay of the Bankruptcy Code section 362(a) is vacated to permit the movant to pursue the movant's rights in the personal property described below to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

**ORDERED** that the co-debtor stay under 11 U.S.C. 1301 is vacated as to the co-debtor, **Lizette Lamboy** to permit **Santander Consumer USA Inc. dba Chrysler Capital as servicer for CCAP Auto Lease Ltd.** to pursue its rights in the personal property described below and as to the co-debtor. The movant shall serve this order on the debtor, co-debtor, any trustee and any other party who entered an appearance on the motion.

<u>Description of Subject Personal Property</u>
2017 Jeep Grand Cherokee
Vehicle Identification Number
1C4RJFAG4HC874560

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 18-13443-RG
Vincent Russo                                                           Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Aug 27, 2020
                  Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 29, 2020.
db          +Vincent Russo,   175 Rochell Ave.,   Rochelle Park, NJ 07662-4107

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                                                TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 29, 2020                                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 27, 2020 at the address(es) listed below:
          Denise E. Carlon   on behalf of Creditor   Toyota Lease Trust dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Elizabeth L. Wassall   on behalf of Creditor   Citibank, N.A., as Trustee for Federal Deposit
           Insurance Corporation 2010-R1 Trust ewassall@logs.com, njbankruptcynotifications@logs.com
          Farha Ahmed   on behalf of Creditor   Partners for Payment Relief DE IV, LLC
           farha@dwaldmanlaw.com
          John R. Morton, Jr.   on behalf of Creditor   Santander Consumer USA Inc., d/b/a Chrysler Capital
           as servicer for CCAP Auto Lease Ltd. ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
          Laura M. Egerman   on behalf of Creditor   Citibank, N.A., as Trustee for Federal Deposit
           Insurance Corporation 2010-R1 Trust bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com
          Marie-Ann Greenberg   magecf@magtrustee.com
          Steven J. Abelson   on behalf of Debtor Vincent   Russo sjaesq@atrbklaw.com,
           atrbk1@gmail.com;r49787@notify.bestcase.com
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                                                                TOTAL: 8