UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

VINCENT RUSSO

Case No: 18-13443

Chapter: 13

Judge: RG

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, _____ Vincent Russo _____, debtor in this case certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☒ I am not required to pay domestic support obligations, or

   ☐ I am required to pay domestic support obligations, and have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: 3/3/23                              Debtor's Signature

**IMPORTANT:**
- Each debtor in a joint case must file separate Certifications in Support of Discharge.
- A discharge will not be issued for a debtor who does not submit a completed Certification in Support of Discharge.