UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

ABELSON & TRUESDALE, LLC
By: Steven J. Abelson, Esq.
ID # SA 7987
80 West Main Street
P.O. Box 7005
Freehold, New Jersey 07728
(732) 462-4773
Attorney for Debtors

In Re:
VINCENT RUSSO

Case No.: 18-13443

Chapter: 13

Judge: RG

## CHANGE OF ADDRESS

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding. A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

Party's name/type:    Vincent Russo, Debtor
(Example: John Smith, creditor)

Old address:    175 Rochell Ave
Rochelle Park, NJ 07662

New address:    193 Cambridge Ave
Saddle Brook, NJ 07663

New phone no.:
(if debtor is filing and their phone number has changed).

I hereby certify under penalty of perjury that the above information is true. If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date: 03/13/2023            /s/Susan Sobel
                            Signature

rev.2/1/16