| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Vincent Russo<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–4018<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   18-13443-RG | | |

## Order of Discharge                                                                                   12/18

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Vincent Russo

<u>4/26/23</u>                                                                    **By the court:** <u>Rosemary Gambardella</u>
                                                                                        United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 18-13443-RG

Vincent Russo  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2  User: admin  Page 1 of 4
Date Rcvd: Apr 26, 2023  Form ID: 3180W  Total Noticed: 70

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^  Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 28, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Vincent Russo, 193 Cambridge Ave, Saddle Brook, NJ 07663-5103 |
| cr | + | Citibank, N.A., as Trustee for Federal Deposit Ins, Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Ste 100, Boca Raton, FL 33487-2853 |
| cr | + | Partners for Payment Relief DE IV, LLC, 200 Berwyn Park, Ste 210, 920 Cassat Rd, Berwyn, PA 19312-1178 |
| 517346005 | + | 2010-2 SFR Venture, LLC, 2180 Garnet Avenue, Suite 2E, San Diego, CA 92109-3675 |
| 517465119 | + | CITIBANK, Nationstar Mortgage LLC D/B/A Mr.Cooper, ATTN: BANKRUPTCY DEPT, PO BOX 619094, Dallas TX 75261-9094 |
| 518104319 | | Citibank, N.A., 6716 Greade Ln Blg., 9 Ste 910-PY Dept, Louisville, KY 40213-34139 |
| 517346016 | | Citibank, USA NA, PO Box 6052, Sioux Falls, SD 57117-6052 |
| 517346021 | + | FCI Lender Services Inc., PO Box 27370, Anaheim, CA 92809-0112 |
| 517346024 | | IRS, Attn: SPF, Po Box 724, Springfield, NJ 07801-0744 |
| 517346026 | + | Lizette Lamboy, 175 Rochelle Avenue, #209, Rochelle Park, NJ 07662-4114 |
| 517346028 | + | Nationstar Mortgage, P.O. Box 619079, Dallas, TX 75261-9079 |
| 517346031 | + | One Main Financial, Bankruptcy Dept, P.O. Box 140069, Irving, TX 75014-0069 |
| 517381992 | + | Partners for Payment Releif DE IV, LLC, 920 Cassatt Road, Suite 210, Berwyn, PA 19312-1178 |
| 517346032 | + | Saks 5th Avenue Card, P.O. Box 49352, San Jose, CA 95161-9352 |
| 517346033 | + | Shapiro & DeNardo, 14000 Commerce Pkwy, Ste B, Mount Laurel, NJ 08054-2242 |
| 517346034 | + | Shellpoint Mortgage, P.O. Box 1410, Troy, MI 48099-1410 |
| 517346035 | + | SoFi Lending Corp, Dept 3534, P.O. Box 123534, Dallas, TX 75312-3534 |
| 517415559 | + | TD Bank, N.A., Payment Processing, PO Box 16029, Lewiston, ME 04243-9507 |
| 517346040 | + | Vital Recovery Services, P.O. Box 923748, Norcross, GA 30010-3748 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 26 2023 20:42:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 26 2023 20:42:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: AISACG.COM | Apr 27 2023 00:27:00 | BMW Financial Services NA, LLC Department, AIS Portfolio Services, LP, 4515 N.Santa Fe Avenue, Dept APS, Oklahoma, OK 73118-7901 |
| cr | + | EDI: BASSASSOC.COM | Apr 27 2023 00:27:00 | Oliphant USA, LLC, Bass & Associates, PC, 3936 E. Ft. Lowell Rd., Ste. 200, Tucson, AZ 85712-1083 |
| cr | + | Email/Text: enotifications@santanderconsumerusa.com | Apr 26 2023 20:42:00 | Santander Consumer USA Inc., d/b/a Chrysler Capita, P.O. Box 961275, Fort Worth, TX 76161-0275 |
| cr | + | EDI: RMSC.COM | Apr 27 2023 00:27:00 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 517346006 | ^ | MEBN | Apr 26 2023 20:37:34 | Attorney General of the United States, Department |

| Recipient ID | | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | of Justice, Constitution Ave and 10th St. NW, Washington, DC 20530-0001 |
| 517346007 | + | Email/Text: bk@avant.com | Apr 26 2023 20:42:00 | Avant*, 640 N. LaSalle Street, Chicago, IL 60654-3781 |
| 517346010 | | EDI: BMW.COM | Apr 27 2023 00:27:00 | BMW Financial Services*, PO Box 3608, Dublin, OH 43016 |
| 517357026 | + | EDI: AISACG.COM | Apr 27 2023 00:27:00 | BMW Financial Services NA, LLC, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 517444060 | + | EDI: AISACG.COM | Apr 27 2023 00:27:00 | BMW Financial Services NA, LLC c/o AIS Portfolio S, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 517346008 | + | EDI: CITICORP.COM | Apr 27 2023 00:27:00 | Best Buy Credit Services*, P.O. Box 790441, Saint Louis, MO 63179-0441 |
| 517346013 | + | EDI: CITICORP.COM | Apr 27 2023 00:27:00 | CBNA*, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 517460602 | + | Email/Text: enotifications@santanderconsumerusa.com | Apr 26 2023 20:42:00 | CCAP Auto Lease Ltd., P.O. BOX 961275, FORT WORTH, TX 76161-0275 |
| 517346018 | | Email/Text: jcarlick@crossriver.com | Apr 26 2023 20:41:00 | Cross River Bank*, 885 Teaneck Road, Teaneck, NJ 07666 |
| 517346011 | + | EDI: CAPITALONE.COM | Apr 27 2023 00:27:00 | Capital One*, Bankruptcy Dept, P.O. Box 30273, Salt Lake City, UT 84130-0273 |
| 517346012 | + | EDI: RMSC.COM | Apr 27 2023 00:27:00 | CareCredit/Synchrony*, Bankruptcy Dept, P.O. Box 965081, Orlando, FL 32896-0001 |
| 517346014 | + | Email/Text: enotifications@santanderconsumerusa.com | Apr 26 2023 20:42:00 | Chrysler Capital*, Attention: Bankruptcy Dept, P.O. Box 961278, Fort Worth, TX 76161-0278 |
| 517346017 | + | EDI: CITICORP.COM | Apr 27 2023 00:27:00 | CitiMortgage*, P.O. Box 6243, Sioux Falls, SD 57117-6243 |
| 517346015 | + | EDI: CITICORP.COM | Apr 27 2023 00:27:00 | Citibank*, P.O. Box 6500, Sioux Falls, SD 57117-6500 |
| 517385806 | + | EDI: CITICORP.COM | Apr 27 2023 00:27:00 | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 517346019 | | EDI: DISCOVER.COM | Apr 27 2023 00:27:00 | Discover*, PO Box 30943, Salt Lake City, UT 84130 |
| 517346009 | + | EDI: CITICORP.COM | Apr 27 2023 00:27:00 | Bloomingdale's*, 9111 Duke Boulevard, Mason, OH 45040 |
| 517984684 | | EDI: Q3G.COM | Apr 27 2023 00:27:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 517361791 | | EDI: DISCOVER.COM | Apr 27 2023 00:27:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 517346020 | + | EDI: CITICORP.COM | Apr 27 2023 00:27:00 | Exxon/Mobil*, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 517346023 | + | EDI: IRS.COM | Apr 27 2023 00:27:00 | Internal Revenue Service*, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 517654835 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 26 2023 20:52:39 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517654836 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 26 2023 20:52:29 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587, LVNV Funding LLC, c/o Resurgent Capital Services 29603-0587 |
| 517481152 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 26 2023 20:52:40 | LVNV Funding, LLC its successors and assigns |

Case 18-13443-RG    Doc 67    Filed 04/28/23    Entered 04/29/23 00:15:17    Desc Imaged
Certificate of Notice    Page 5 of 6

| District/off: 0312-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Apr 26, 2023 | Form ID: 3180W | Total Noticed: 70 |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | as, assignee of Marketplace Loan Trust,, Series 2015-AV1, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517481171 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 26 2023 20:52:39 | LVNV Funding, LLC its successors and assigns as, assignee of LendingClub Corporation &, LC Trust I, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517346025 | + | EDI: LENDNGCLUB | Apr 27 2023 00:27:00 | Lending Club*, 71 Stevenson St, Ste 300, San Francisco, CA 94105-2985 |
| 517346027 | + | EDI: RMSC.COM | Apr 27 2023 00:27:00 | Lord & Taylor*, Bankruptcy Dept, P.O. Box 103104, Roswell, GA 30076-9104 |
| 517447218 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 26 2023 20:42:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 517346029 | + | Email/Text: bnc@nordstrom.com | Apr 26 2023 20:41:55 | Nordstrom*, P.O. Box 13589, Scottsdale, AZ 85267-3589 |
| 517384564 | | EDI: AGFINANCE.COM | Apr 27 2023 00:27:00 | ONEMAIN, PO BOX 3251, EVANSVILLE, IN. 47731-3251 |
| 517346030 | + | Email/Text: bankruptcy@oliphantfinancial.com | Apr 26 2023 20:42:00 | Oliphant Financial*, 9009 Town Center Parkway, Lakewood Ranch, FL 34202-4185 |
| 518822119 | + | EDI: BASSASSOC.COM | Apr 27 2023 00:27:00 | Oliphant USA, LLC., Bass & Associates, P.C., 3936 E. Ft. Lowell Rd., Suite 200, Tucson, AZ 85712-1083 |
| 517459863 | | EDI: PRA.COM | Apr 27 2023 00:27:00 | Portfolio Recovery Associates, LLC, c/o Exxonmobil, POB 41067, Norfolk VA 23541 |
| 517461430 | | EDI: PRA.COM | Apr 27 2023 00:27:00 | Portfolio Recovery Associates, LLC, c/o LORD & TAYLOR, POB 41067, Norfolk VA 23541 |
| 517449074 | | EDI: Q3G.COM | Apr 27 2023 00:27:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517513028 | + | Email/Text: specialservicing@sofi.com | Apr 26 2023 20:42:00 | SoFi Lending Corp, One Letterman Dr Bldg A Ste 4700, San Francisco, CA 94129, 8 94129-1518 |
| 517347947 | + | EDI: RMSC.COM | Apr 27 2023 00:27:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517346036 | | EDI: TDBANKNORTH.COM | Apr 27 2023 00:27:00 | TD Bank*, Recovery Dept, P.O. Box 9547, Portland, ME 04112 |
| 517346038 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Apr 26 2023 20:41:00 | Toyota Motor Credit*, 4 Gatehall Dr, Ste 350, Parsippany, NJ 07054 |
| 517346037 | + | Email/Text: BCN@timepayment.com | Apr 26 2023 20:42:00 | Timepayment Corp, 10M Commerce Way, Woburn, MA 01801-8000 |
| 517366169 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Apr 26 2023 20:41:00 | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 517346039 | + | Email/Text: usanj.njbankr@usdoj.gov | Apr 26 2023 20:42:00 | United States Attorney, For Internal Revenue Service), 970 Broad Street, 5th Floor, Newark, NJ 07102-2527 |
| 517346041 | + | EDI: BLUESTEM | Apr 27 2023 00:27:00 | WebBank*, 215 S. State St., Ste 800, Salt Lake City, UT 84111-2339 |
| 517346042 | + | EDI: WFFC2 | Apr 27 2023 00:27:00 | Wells Fargo Bank*, P.O. Box 14517, Des Moines, IA 50306-3517 |
| 517450179 | | EDI: WFFC2 | Apr 27 2023 00:27:00 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 51

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517346022 | | Homeowners Assoc |
| 517448986 | *+ | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 28, 2023            Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 26, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Toyota Lease Trust dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Elizabeth L. Wassall | on behalf of Creditor Citibank N.A., as Trustee for Federal Deposit Insurance Corporation 2010-R1 Trust ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com |
| Farha Ahmed | on behalf of Creditor Partners for Payment Relief DE IV LLC farha@dwaldmanlaw.com |
| John R. Morton, Jr. | on behalf of Creditor Santander Consumer USA Inc. d/b/a Chrysler Capital as servicer for CCAP Auto Lease Ltd. ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |
| Laura M. Egerman | on behalf of Creditor Citibank N.A., as Trustee for Federal Deposit Insurance Corporation 2010-R1 Trust bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@raslg.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Steven J. Abelson | on behalf of Debtor Vincent Russo sjaesq@atrbklaw.com  atrbk1@gmail.com;r49787@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8